FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 0 5 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,   :
                              :
      v.                   :      CRIMINAL ACTION NO.
                              :      2:16-CR-031-RWS-JCF
KECOLE DUKES,           :
                              :
      Defendant.        :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 72]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 72] is hereby approved and adopted as the opinion and order of this Court.

Accordingly, Defendant's Motion to Suppress [Doc. No. 29] is **DENIED**.

**SO ORDERED** this _5_ day of September, 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE